```
                                    FILED
                            CLERK, U.S. DISTRICT COURT

                                  9/5/2025

                            CENTRAL DISTRICT OF CALIFORNIA
                            BY: _____JB_____ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2025 Grand Jury

| UNITED STATES OF AMERICA, | CR  2:25-cr-00731-JFW |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 844(f)(1), (2): Attempted Malicious Damage to Property Owned and Possessed by an Institution or Organization Receiving Federal Financial Assistance Creating a Substantial Risk of Injury to Any Person; 18 U.S.C. § 844(i): Attempted Arson of a Vehicle Used in Interstate and Foreign Commerce and Used in Activities Affecting Interstate and Foreign Commerce; 18 U.S.C. § 231(a)(3): Acts to Obstruct, Impede, or Interfere with Law Enforcement During Civil Disorder] |
| ADAM CHARLES PALERMO, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 844(f)(1), (2)]

On or about June 8, 2025, in Los Angeles County, within the Central District of California, defendant ADAM CHARLES PALERMO knowingly and maliciously attempted to damage and destroy, by means of fire, a vehicle, in whole and in part owned and possessed by the

California Highway Patrol, an institution and organization receiving Federal financial assistance, and did something that was a substantial step toward committing the offense, namely, throwing a flaming object toward the vehicle, and in doing so, created a substantial risk of injury to at least one person.









1                              COUNT TWO

2                          [18 U.S.C. § 844(i)]

3         On or about June 8, 2025, in Los Angeles County, within the
4    Central District of California, defendant ADAM CHARLES PALERMO
5    knowingly and maliciously attempted to damage and destroy, by means
6    of fire, a vehicle used in interstate and foreign commerce, and used
7    in activities affecting interstate and foreign commerce, namely, a
8    California Highway Patrol vehicle on the United States Highway 101,
9    in Los Angeles, California, and did something that was a substantial
10   step toward committing the offense, namely, throwing a flaming object
11   toward the vehicle.

COUNT THREE

[18 U.S.C. § 231(a)(3)]

On or about June 8, 2025, in Los Angeles County, within the Central District of California, defendant ADAM CHARLES PALERMO knowingly and intentionally committed an act to obstruct, impede, and interfere with a law enforcement officer, that is, California Highway Patrol officers, lawfully engaged in the lawful performance of their official duties, incident to and during the commission of a civil disorder which in any way and degree obstructed, delayed, and adversely affected commerce and the movement of any article and

//

//

1  commodity in commerce and the conduct and performance of any
2  federally protected function.
3
4                                          A TRUE BILL
5
6                                          /S/
                                           Foreperson
7
8  BILAL A. ESSAYLI
   Acting United States Attorney
9

10

11 JOSEPH T. MCNALLY
   Assistant United States Attorney
12 Acting Chief, Criminal Division

13 KEVIN J. BUTLER
   Assistant United States Attorney
14 Acting Chief, Major Crimes
   Section
15
   KELLYE NG
16 Assistant United States Attorney
   Major Crimes Section
17
   JOSHUA O. MAUSNER
18 Assistant United States Attorney
   Terrorism and Export Crimes
19 Section

20

21

22

23

24

25

26

27

28