AMY KARLIN (Bar No. 150016)
Interim Federal Public Defender
ADAM OLIN (Bar No. 298380)
(E-Mail: adam_olin@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
ADAM CHARLES PALERMO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 25-cr-731-JFW-1 |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| ADAM CHARLES PALERMO, | |
| Defendant. | |

PLEASE TAKE NOTICE that Deputy Federal Public Defender Adam Olin, hereby gives notice that he has been assigned to represent Defendant Adam Charles Palermo.

Please make all necessary changes to the Court's case management/electronic filing system to ensure that Deputy Federal Public Defender Adam Olin receives all notifications relating to filings in this case.

Respectfully submitted,

AMY KARLIN
Interim Federal Public Defender

DATED: August 4, 2026          By  */s/ Adam Olin*

ADAM OLIN
Deputy Federal Public Defender