AMY M. KARLIN (Bar No. 150016)
Interim Federal Public Defender
ADAM OLIN (Bar No. 298380)
(E-Mail: Adam_Olin@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-4740
Facsimile: (213) 894-0081

Attorneys for Defendant
ADAM CHARLES PALERMO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-CR-731-JFW-1 |
| Plaintiff, | **_EX PARTE_ APPLICATION FOR ORDER RELIEVING THE OFFICE OF THE FEDERAL PUBLIC DEFENDER AND APPOINTING CJA COUNSEL; [PROPOSED] ORDER** |
| v. | |
| ADAM CHARLES PALERMO, _et al._, | |
| Defendants. | |

Defendant Adam Charles Palermo, through counsel, hereby files this _ex parte_ application seeking appointment of new counsel based on a conflict of interest.

Respectfully submitted,

AMY M. KARLIN
Interim Federal Public Defender

DATED: August 4, 2026        By  _/s/ Adam Olin_

ADAM OLIN
Deputy Federal Public Defender
Attorneys for ADAM CHARLES PALERMO