**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-CR-731-JFW-1 |
| Plaintiff, | **[PROPOSED] ORDER RELIEVING THE OFFICE OF THE FEDERAL PUBLIC DEFENDER AND APPOINTING CJA COUNSEL** |
| v. | |
| ADAM CHARLES PALERMO, *et al.*, | |
| Defendants. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the Office of the Federal Public Defender is relieved as counsel of record and CJA Panel Attorney _____ will be appointed to represent defendant Adam Charles Palermo.

Dated: August __, 2026        By _____
                                    HON. JOHN F. WALTER
                                    United States District Judge