Adam Olin
321 E. 2nd Street
Los Angeles, CA 90012

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> PLAINTIFF(S) <br><br> v. <br><br> ADAM CHARLES PALERMO <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 2:25-CR-731-JFW-1 <br><br><br> **NOTICE OF MANUAL FILING** <br> **OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged:  (**List Documents**)

Declaration of Adam Olin

**Reason:**

☐    Under Seal

☑    In Camera

☐    Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☑    Per Court order dated:    July 31, 2026

☐    Other:

8/4/2026
Date

Adam Olin
Attorney Name

Adam Charles Palermo
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                               NOTICE OF MANUAL FILING OR LODGING