UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Case No.   **CR 25-731(A)-JFW**                              Dated: August 5, 2026

========================================================================

PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Julieta Lozano | None Present | Lana Morton Owens |
|---|---|---|
| Courtroom Deputy | Court Reporter | Sebastian Bellm |
| | | Asst. U.S. Attorney |
| | | Not Present |

========================================================================

U.S.A. vs (Dfts listed below)                    Attorneys for Defendants

1)   Adam Charles Palermo                    1)   Adam Olin, DFPD
       Not Present - In Custody                        Not Present

_____

**PROCEEDINGS (IN CHAMBERS):        ORDER REQUIRING COUNSEL TO FILE
                                                                DECLARATION**

In connection with the Ex Parte Application for Order Relieving the Office Of the Federal Public Defender and Appointing CJA Counsel filed on August 4, 2026 (Docket No. 406), Defendant's counsel, Adam Olin, shall file a declaration setting forth the nature and extent of the alleged conflict of interest that requires the appointment of new counsel. The declaration shall be filed on or before August 10, 2026. The declaration may be filed in camera without further order of the Court.

IT IS SO ORDERED.

Initials of Deputy Clerk   jloz