Note: Changes Made by Court

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v.

ADAM CHARLES PALERMO, *et al.*,

Defendants.

Case No. 2:25-CR-731(C)-JFW-1

**ORDER GRANTING EX PARTE APPLICATION FOR ORDER RELIEVING THE OFFICE OF THE FEDERAL PUBLIC DEFENDER AND APPOINTING CJA COUNSEL PATRICK MCLAUGHLIN [Filed 8/04/2026, Docket No. 406]**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the Office of the Federal Public Defender is relieved as counsel of record and CJA Panel Attorney Patrick McLaughlin is hereby appointed to represent defendant Adam Charles Palermo. Mr. McLaughlin shall immediately file a Notice of Appearance.

Within three (3) days after Mr. McLaughlin appears, withdrawing counsel shall promptly deliver the complete client file and all discovery materials, subject to any protective orders previously entered by the Court to Mr. McLaughlin.

IT IS SO ORDERED.

Dated: August 18, 2026

By ______________________

HON. JOHN F. WALTER
United States District Judge

cc: USPO/PSA; USM; CJA